PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rayshell Goff      Cr.: 20-00394-001
     PACTS #: 6047501

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/25/2023

Original Offense:     Count 1: Conspiracy to Distribute Controlled Substance, in violation of 21 U.S.C. §§ 846, a Class B Felony

Original Sentence: Probation for a term of 4 years

Special Conditions: Substance Abuse Testing and Treatment, Gang/Criminal Associations Prohibition, Mental Health Treatment, Search/Seizure, Special Assessment

Type of Supervision: Probation      Date Supervision Commenced: 01/25/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On February 1, 2023, Ms. Goff reported to the probation office. She admitted she used crack cocaine three times between January 28-30, 2023. Ms. Goff signed an admission form. A urine specimen was taken which was confirmed positive for cocaine by Alere Toxicology Services. A subsequent test was taken at her residence on February 9, 2023, which was negative for illegal substances. |

U.S. Probation Officer Action:
Ms. Goff was sentenced by Your Honor on January 25, 2023, for Conspiracy to Distribute Controlled Substances. She was sentenced to a four-year term of probation. Ms. Goff is currently attending outpatient substance abuse treatment at Integrity House in Newark, New Jersey. According to the counselor, Ms. Goff is engaged and compliant in treatment.

We are respectfully requesting no Court action at this time. The probation office will continue to closely monitor Ms. Goff's participation and compliance in treatment. We will report any additional instances of noncompliance.

Prob 12A – page 2
Rayshell Goff

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: IVETTELIS PEREZ
Senior U.S. Probation Officer

/ ip

APPROVED:

_____   March 15, 2023
CARRIE H. BORONA                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/15/2023
Date